UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NOEL D. CLARK, JR.,

      Plaintiff,

v.                         Case No.:  2:26-cv-1420-SPC-NPM

JUDGE MICHAEL MCHUFF,
ALEXANDRA KLEINFELDT,
ASTRID LOPEZ, and DARRIN
SCHUTTS,

      Defendants.

---

## **OPINION AND ORDER**

Before the Court is pro se Plaintiff Noel D. Clark, Jr.'s Notice of Removal.[1]  (Doc. 1).  Plaintiff brought this action in state court.[2]  He now removes to federal court, invoking both federal question and diversity jurisdiction.  For the below reasons, this action is remanded.

Plaintiff's removal is procedurally improper because of his party status. The federal removal statute permits removal only "by the *defendant* or the *defendants*" in an action, not plaintiffs.  28 U.S.C. § 1441(a) (emphasis added); *Williams v. Pinellas Park Elementary Sch.*, No. 8:21-CV-1559-CEH-SPF, 2021

---

[1] While the notice of removal indicates that Defendants Astrid Lopez and Judge Michael McHuff are removing the case, the notice is submitted and signed by Plaintiff.  (Doc. 1 at 3). Moreover, the docket reflects that Plaintiff was the party that filed the notice.

[2] The Court notes removal may be untimely as well, given that the underlying complaint appears to have been filed in September 2024.  (*See* Doc. 1-2 at 4).

WL 4847703, at *1 (M.D. Fla. Sept. 30, 2021) ("The right to remove an action from state court to federal district court is granted only to a defendant . . . No statutory authority allows a plaintiff, the party that initiated litigation in the state forum, to remove her own action to federal court.") (citing *Shamrock Oil & Gas Corp. v. Sheets*, 313 U.S. 100, 104-05 (1941)), *report and recommendation adopted*, 2021 WL 4846231 (Oct. 18, 2021). Plaintiff offers no reason to conclude otherwise. So the Court remands this action to state court.

If Plaintiff wishes to file a lawsuit in federal court, he must do so under a new case number.

Accordingly, it is now **ORDERED:**

1. This action is **REMANDED** to the Twentieth Judicial Circuit, in and for Lee County, Florida.

2. The Clerk is **DIRECTED** to transmit a certified copy of this Order to the Clerk of the Twentieth Judicial Circuit, in and for Lee County, Florida with respect to Case No. 24-CA-6259.

3. The Clerk is further **DIRECTED** to deny any pending motions as moot, terminate any deadlines, and close the case.

**DONE** and **ORDERED** in Fort Myers, Florida on May 1, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record